UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM DZIEKANOWSKI<br>MAUREEN TRAVERS | : | NO.: 3:01CV1284(MRK) |
| VS. | : | |
| THE ARROW LINE, INC.<br>LEONARDO PEREZ | : | OCTOBER 16, 2003 |

**MOTION FOR EXTENSION TO TIME**

The plaintiff hereby moves for a thirty (30) day extension of time to respond and/or object to defendants motion for reconsideration dated September 30, 2003. The plaintiff requires the additional time to respond in order to properly investigate the plaintiff's motion for reconsideration. Additionally, undersigned counsel for the plaintiff is involved in a personal family matter of a medical nature that prevents her from responding immediately.

Counsel for the plaintiff has been contacted and has no objection to this motion.

_____
ADELE R. JACOBS, ESQ.
375 Kings's Hwy. E., Fairfield, CT 06430
Tel: 203/332-7700 Fax: 203/332-7709
E-Mail: ajacobsesq@msn.com
Federal Bar #: ct 11704

MOTION GRANTED.
SO ORDERED.
MARK R. KRAVITZ, U.S.D.J.
Dated at New Haven, CT
October 23, 2003

FILED OCT 17 1 44 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

FILED OCT 24 11 25 AM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

## CERTIFICATION

This is to certify that a copy of the foregoing *Motion for Extension of Time* was sent via the United States of America Mails, First Class Postage Prepaid, to the below listed individual on this 16th day of October, 2003.

Paul Erickson, Esq.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
ADELE R. JACOBS, ESQ.