# United States District Court
# District of Connecticut

| | |
|---|---|
| Dziekanowski<br>*Plaintiff*<br>    v.<br><br>Arrow Line<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>: Case No. 3:01cv2394 (MRK)<br>:<br>: |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this __4th__ day of __November__, __2003__ at New Haven, Connecticut.


/s/ _____ Mark R. Kravitz _____
UNITED STATES DISTRICT COURT JUDGE