10/06/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 4, 2003

2;15 p.m.

CASE NO.   3-01-cv-2394 Dziekanowski v Arrow Line, Inc
---------------------------------------------------------

COUNSEL OF RECORD:

Paul Erickson               Howd & Ludorf, 65 Wethersfield Ave.,
                            Hartford, CT 860-249-1361

Adele Ruth Jacobs           Law Office of Adele R. Jacobs, 1375 King's
                            Highway E., Suite 425, Fairfield, CT
                            203-332-7700

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/4/03

30 min.