## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Dziekanowski, et al. | : | | |
| Plaintiffs, | : | NO. | 3:01cv2394 (MRK) |
| v. | : | | |
| The Arrow Line, Inc., et al. | : | | |
| Defendants. | : | | |

## **ORDER**

Defendant's Motion for Reconsideration [doc. #27] is GRANTED absent objection. Plaintiff's Motion to Strike Defendant's Special Defenses [doc. #23] is DENIED without prejudice to renewal at the time of trial.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 17, 2003