UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Dziekanowski, et al. | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:01cv2394 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| The Arrow Line, Inc., et al. | : | | |
| | : | | |
| Defendants. | : | | |

# **ORDER**

Plaintiff's Motion To Amend Complaint [doc. #35], dated January 2, 2004, is hereby **GRANTED absent objection**. The Clerk is directed to docket the Amended Complaint dated January 2, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 23, 2004.