FILED

Feb 17  11 03 AM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM DZIEKANOWSKI<br>MAUREEN TRAVERS | : | NO: 3:01CV2394 (AWT) (MRK) |
| v. | : | |
| THE ARROW LINE, INC.<br>LEONARDO PEREZ | :<br>: | FEBRUARY 11, 2004 |

### PLAINTIFF'S REPLY TO SPECIAL DEFENSES

The plaintiff in the above entitled matter responds to the allegations contained in the defendants' The Arrow Line, Inc. et al, Special Defense dated January 30, 2004 as follows:

1. Defendant's First Special Defense as to Counts One and Two : DENIED.

2. Defendant's Second Special Defense as to Counts One and Two: DENIED.

3. Defendant's First Special Defense as to Counts Three and Four: DENIED

THE PLAINTIFF

BY _____
ADELE R. JACOBS
**ct 11704**
1375 Kings Hwy. E., Suite 350
Fairfield, CT 06824
Tel: (203)332-7700
Fax: (203)332-7709
Email - ajacobsesq@msn.com

### CERTIFICATION:

This is to certify that a copy of the foregoing *Reply to Special Defenses* was sent this 12th day of February, 2004, via facsimile and the United States of America Mails, First Class Postage Prepaid, to the following: Paul Erickson, Esq., HOWD & LUDORF, 65 Wethersfield Avenue, Hartford, CT 06114-1190

_____
Adele R. Jacobs, Esq.
Commissioner of Superior Court