UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 1, 2004

10:00 a.m.

*Held 4 hours*

CASE NO. **3:01cv2394 (MRK)**    **William Dziekanowski, et al v. Arrow Line, Inc., et al**

Paul Erickson
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190


Adele Ruth Jacobs
Law Office of Adele R. Jacobs
1375 King's Highway E., Suite 425
Fairfield, CT 06430


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK