UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 15  7 40 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

Dziekanowski, et al.          :
                              :
              Plaintiffs,     :    NO.   3:01cv2394(MRK)
                              :
v.                            :
                              :
The Arrow Line, Inc., et al.  :
                              :
              Defendants.     :

### ORDER

Defendant's Motion For Trial Continuance [doc. #40], dated March 10, 2004, is DENIED for failure to comply with Local Rule 7(b)3.

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: March 12, 2004.