UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday March 11, 2004
9:30 a.m.

CASE NO. **3:01cv2394 MRK   Dziekanwoski, et al v Arrow Line Inc., et al**

Paul Erickson
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

**STATUS CONFERENCE HELD**

**DATE:** 3/11/04

20 min.

Adele Ruth Jacobs
Law Office of Adele R. Jacobs
1375 King's Highway E., Suite 425
Fairfield, CT 06430

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK