UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM DZIEKANOWSKI | : | NO.: 3:01CV2394 (MRK) |
| MAUREEN TRAVERS | : | |
| | : | |
| v. | : | |
| | : | |
| THE ARROW LINE, INC. | : | |
| LEONARDO PEREZ | : | MARCH 12, 2004 |

## REQUEST FOR INDEPENDENT MEDICAL EXAMINATION (IME) OF THE PLAINTIFF

Pursuant to Rule 35(a) of the Fed.R.Civ.Pro., the undersigned defendants request that the plaintiff, **Maureen Travers**, submit to a neuropsychological-related Independent Medical Examination (IME) on **Tuesday**, **March 23, 2004**, at **9:00 a.m.**, before **Wilfred G. van Gorp, Ph.D.**, Columbia-Presbyterian Psychiatric Associates, 16 East 60th Street, Suite 400, New York, New York.

The IME will consist of a thorough examination of the plaintiff by the medical examiner. Dr. van Gorp will evaluate the plaintiff concerning the neuropsychological-related injuries alleged in her complaint.

DEFENDANTS,
THE ARROW LINE, INC. and
LEONARDO PEREZ


By_____
   Paul Erickson
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   ct21398


## CERTIFICATION

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 12th day of March, 2004.

Adele R. Jacobs, Esquire
1375 Kings Highway East, Ste. 425
Fairfield, CT  06824


_____
Paul Erickson
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361