This matter has been transferred to a magistrate judge. All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's initials.

FILED

Mar 25   3 37 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM DZIEKANOWSKI and          :
MAUREEN TRAVERS                   :
                                  :
v.                                :    NO. 3:01cv2394 (MRK)
                                  :
THE ARROW LINE, INC. and          :
LEONARDO PEREZ                    :

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

Signatures                               Date

_Adam R. Jacom_                          3/19/04

_Paul_                                   3/22/04


Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge **William I. Garfinkel** for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

**This matter has been transferred to Magistrate Judge William Garfinkel**
**All future filings should be filed in Bridgport**
**and the case number will now be:**
**3:01cv2394 WIG**

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: _March 25_, 2004