UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM DZIEKANOWSKI | : | NO.: 3:01CV2394 (MRK) |
| MAUREEN TRAVERS | : | |
| | : | |
| v. | : | |
| | : | |
| THE ARROW LINE, INC. | : | |
| LEONARDO PEREZ | : | MARCH 26, 2004 |

## REQUEST FOR INDEPENDENT MEDICAL EXAMINATION (IME) OF THE PLAINTIFF

Pursuant to Rule 35(a) of the Fed.R.Civ.Pro., the undersigned defendants request that the plaintiff, **Maureen Travers**, submit to a psychiatric Independent Medical Examination (IME) on **Friday**, **April 16, 2004**, at **10:00 a.m.**, before **Catherine F. Lewis, M.D.**, University of Connecticut Health Center, 263 Farmington Avenue, first floor, Bldg. C, Suite 362, Farmington, Connecticut.

The IME will consist of a thorough examination of the plaintiff by the medical examiner. Dr. Lewis will evaluate the plaintiff concerning the psychiatric-related injuries alleged in her complaint.

        DEFENDANTS,
        THE ARROW LINE, INC. and
        LEONARDO PEREZ


        By_____
          Paul Erickson
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          ct21398


## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 26th day of March, 2004.

Adele R. Jacobs, Esquire
1375 Kings Highway East, Ste. 425
Fairfield, CT  06824


        _____
        Paul Erickson
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361