UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM DZIEKANOWSKI<br>MAUREEN TRAVERS | : | NO: 3:01CV2394 ( WIG ) |
| v. | : | |
| THE ARROW LINE, INC.<br>LEONARDO PEREZ | :<br>: | MARCH 31, 2004 |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

The undersigned plaintiffs, pursuant to Rule 15(b) of the Fed. R. Civ. Pro., respectfully request leave to amend their complaint dated January 2, 2004, so as to cause said complaint to conform to the evidence. Plaintiff William Dziekanowski had injury to and surgery on both his right and left shoulders. He also suffers from erectile dysfunction and depression as a result of the accident.

A trial date of June 28, 2004 has been assigned for this case.

THE PLAINTIFFS

BY _____
Federal Bar #: ct 11704
Adele R. Jacobs, Esq., Attorney for Plaintiffs
1375 Kings Highway East
Fairfield, CT 06825
Tel: (203)332-7700
Fax: (203) 332-7709
Email: ajacobsesq@msn.com

## CERTIFICATION:

This is to certify that a copy of the foregoing *Motion to Amend Complaint and Amended Complaint* was sent this 31st day of March, 2004 via the United States of America Mails, First Class Postage Prepaid, to the following: Paul Erickson, Esq., HOWD & LUDORF, 65 Wethersfield Avenue, Hartford, CT 06114-1190

_____
Adele R. Jacobs, Esq.