UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
WILLIAM DZIEKANOWSKI       :
and MAUREEN TRAVERS        :
                           :
         Plaintiffs        :    CIVIL ACTION NO.
                           :    3:01-cv-2394 (WIG)
     v.                    :
                           :
THE ARROW LINE, INC.       :
and LEONARDO PEREZ.        :
                           :
         Defendants.       :
-----------------------------------------------x
```

## RULING ON PENDING MOTIONS

Currently pending are defendants' motions for independent medical examination (Doc. # 43 and Doc. # 45); plaintiffs' motion to amend, (Doc. # 48).

Defendants' motion for independent medical examination (Doc. #45) is GRANTED. The undersigned finds plaintiff should undergo the medical examination scheduled for April 16, 2004 in Hartford, Connecticut. While plaintiff will have to travel from Bronx, New York to Hartford, the Court finds this is not an undue burden in light of the fact that it is a one time event, plaintiff has traveled to Hartford on other occasions and plaintiff filed this action in New London, Connecticut. Plaintiffs' motion to amend, (Doc. # 48) is GRANTED in the absence of objection by defendants. Defendants' motion for independent medical examination, (Doc. # 43) is DENIED as moot because plaintiff has undergone the examination.

SO ORDERED, this 15th day of April 2004, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge