**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------------x
WILLIAM DZIEKANOWSKI        :
and MAUREEN TRAVERS         :
                            :
        Plaintiffs          :     CIVIL ACTION NO.
                            :     3:01-cv-2394 (WIG)
    v.                      :
                            :
THE ARROW LINE, INC.        :
and LEONARDO PEREZ.         :
                            :
        Defendants.         :
-----------------------------------------------x
```

**AMENDED SCHEDULING ORDER**

The defendants' motion to modify the scheduling order in this case (Doc. # 53) is

GRANTED as follows:

1.      The parties shall file their Joint Trial Memorandum on or before June 7,

2004. A courtesy copy of the original Joint Trial Memorandum shall be submitted to the

Chambers of the undersigned on a 3.5" diskette formatted in either Wordperfect or Microsoft

Word, on or before June 7, 2004.

2.      The parties shall file any motions in limine on or before June 7, 2004.

3.      Jury selection will be held before the Honorable William I. Garfinkel, U.S.

Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on

Monday, June 14, 2001 at 9:30 a.m.  The jury selection courtroom is yet to be decided, thus

counsel are directed to report to Chambers in Room 429 unless they are otherwise informed.

4.      A five-day jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on Monday, June 28, 2001 at 9:30 a.m.

5.      The deadlines established herein may not be modified by agreement of counsel.  These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this 29th day of April 2004, at Bridgeport, Connecticut.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge

2