UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| WILLIAM DZIEKANOWSKI<br>MAUREEN TRAVERS | : | NO: 3:01CV2394 (WIG) |
|---|---|---|
| v. | : | |
| THE ARROW LINE, INC.<br>LEONARDO PEREZ | : | JUNE 29, 2004 |

### STIPULATION OF DISMISSAL

The undersigned, pursuant to Rule 41 of the Fed. R. Civ. Pro, stipulate and agree that the above captioned matter be dismissed, as settlement between the parties has been reached.

_____  
ADELE R. JACOBS, ESQ.  
Attorney for Plaintiffs  
Law Office of Adele R. Jacobs  
1375 Kings Hwy. E., Suite 350  
Fairfield, CT 06824  

_____  
PAUL ERICKSON, ESQ.  
Attorney for Defendants  
HOWD & LUDORF  
65 Wethersfield Avenue  
Hartford, CT 06114-1190