UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM DZIEKANOWSKI<br>MAUREEN TRAVERS | : | NO: 3:01CV2394 (WIG) |
| v. | : | |
| THE ARROW LINE, INC.<br>LEONARDO PEREZ | :<br>: | JUNE 29, 2004 |

### STIPULATION OF DISMISSAL

The undersigned, pursuant to Rule 41 of the Fed. R. Civ. Pro, stipulate and agree that the above captioned matter be dismissed, as settlement between the parties has been reached.

_____
ADELE R. JACOBS, ESQ.
Attorney for Plaintiffs
Law Office of Adele R. Jacobs
1375 Kings Hwy. E., Suite 350
Fairfield, CT 06824

_____
PAUL ERICKSON, ESQ.
Attorney for Defendants
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114-1190

FILED 2004 JUL 20 A 11:43 U.S. DISTRICT COURT BRIDGEPORT, CONN

FILED 2004 JUL 20 P 5:19 U.S. DISTRICT COURT BRIDGEPORT, CONN